JACOB SOLOMON V. OLRIOL REALTY CORPORATION and HAMILTON FIRE INSURANCE COMPANY and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ANAST TOPOUSIS v. MICHAEL COSGROVE, Individually, etc., and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy Martin and Sherman, JJ.

63RD STREET THEATRES, LTD., INC., v. MANSION ESTATES, INC.— Motion granted, on condition that plaintiff do all in its power to facilitate the trial during the present month of June, 1930; and if for any reason a trial is not so had, that plaintiff shall, on or before the 1st day of July, 1930, file a surety company bond, in an amount to be fixed on the settlement of this order, to indemnify the defendant for all its costs and damages, in the event that the plaintiff shall not succeed upon the trial of the action. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTIAN GERHARDT.— Motion granted, upon condition that the appellant procure the record on appeal and the appellant's points to be filed on or before the 20th day of August, 1930, with notice of argument for the 7th day of October, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MAX GOODMAN and Another, Doing Business, etc., v. DAVID GOLDBERG, INC., etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FRANK PROSSER and Others v. WILLIAM R. SANFORD and Another.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

IMAR MORTGAGE CORPORATION v. STETSON REALTY CORPORATION, Impleaded with TICOLI REALTY CORPORATION and Others.— Motion withdrawn and stay contained in the order to show cause herein vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

GUSTAVUS A. ROGERS and Another v. NEW JERSEY BANKERS SECURITIES CO., INC.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RUTH GOLDING v. WILLIAM SCHWARTZ.— Motion denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RUTH GOLDING, Respondent, v. WILLIAM SCHWARTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CELANESE CORPORATION OF AMERICA, Respondent, v. SAMUEL KROHNBERG and LOUIS KROHNBERG, Individually and as Copartners, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements to the respondent, and the case set down for trial on June 23, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JULIA CONKLIN v. JOHN W. DRAPER.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, Merrell, O'Malley and Sherman, JJ.

THE CITY OF NEW YORK v. NATIONAL REFRESHMENT COMPANY, INC., and UNION INDEMNITY COMPANY. (Actions Nos. 1 and 6.) THE CITY OF NEW YORK v. PETER J. COKENES and UNION INDEMNITY COMPANY. (Actions Nos. 1 and 2.)